JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Manzueta, Jazmin and Castro, Kenny h/w

**(b)** County of Residence of First Listed Plaintiff: Lehigh
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Neil E. Durkin, Esq.  (856) 330-6284
Neil Durkin Law Office, LLC
601 Longwood Avenue, Cherry Hill NJ 08002

## DEFENDANTS
Penrac, LLC d/b/a Enterprise Rent-A-Car

County of Residence of First Listed Defendant: Delaware
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- [X] 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USCA 1332 Diversity

Brief description of cause:
Motor Vehicle Crash

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** >150,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: December 18, 2025

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

10/2024

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM

Place of Accident, Incident, or Transaction: Allentown, PA

**RELATED CASE IF ANY:** Case Number:_____ Judge:_____

1. Does this case involve property included in an earlier numbered suit? Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? Yes ☐
   If yes, attach an explanation.

I certify that, to the best of my knowledge and belief, the within case ☐ is / ☒ is not related to any pending or previously terminated action in this court.

**Civil Litigation Categories**

A. *Federal Question Cases:*
1. Indemnity Contract, Marine Contract, and All Other Contracts
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Wage and Hour Class Action/Collective Action
6. Patent
7. Copyright/Trademark
8. Employment
9. Labor-Management Relations
10. Civil Rights
11. Habeas Corpus
12. Securities Cases
13. Social Security Review Cases
14. Qui Tam Cases
15. Cases Seeking Systemic Relief *see certification below*
16. All Other Federal Question Cases. *(Please specify)*:_____

B. *Diversity Jurisdiction Cases:*
1. Insurance Contract and Other Contracts
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. Motor Vehicle Personal Injury ☒
6. Other Personal Injury *(Please specify)*:_____
7. Products Liability
8. All Other Diversity Cases: *(Please specify)*_____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ does / ☒ does not have implications beyond the parties before the court and ☐ does / ☒ does not seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAZMIN MANZUETA and<br>KENNY CASTRO h/w<br>841 Lumber Street<br>Allentown, PA 18102<br><br>vs.<br><br>PENRAC, LLC d/b/a Enterprise Rent-A-Car<br>2625 Market Place<br>Harrisburg, PA 17110-9362 | :<br>:<br>:<br>:<br>:<br>:<br>: NO.:<br>:<br>:<br>:<br>: |

## COMPLAINT

1. Plaintiffs Jazmin Manzueta and Kenny Castro are husband and wife and are adult individuals residing at the above-captioned address. They are citizens of the state of Pennsylvania.

2. Defendant Penrac, LLC, d/b/a Enterprise Rent-a-Car is a corporate entity incorporated in the state of Delaware and with a designated office for service at the above-captioned address. Penrac, LLC is a Delaware corporation.

### JURISDICTION AND VENUE

3. This court has jurisdiction of this action pursuant to 28 U.S.C.A. §1332 in that the Plaintiffs and Defendant are citizens of diverse states. Plaintiffs are citizens of Pennsylvania. Defendant is a Delaware corporation.

4. The amount in controversy exceeds One Hundred Fifty Thousand Dollars ($150,000.00), exclusive of interest and costs.

5. Venue is proper under 28 U.S.C.A. §1391 in that the events or omissions giving rise to this claim occurred in Buckingham Township, Bucks County, Pennsylvania.

## JURY DEMAND

6. Plaintiffs demand Trial by Jury on all issues.

## COUNT ONE

7. On or about February 23, 2024, Plaintiff Manzueta was lawfully operating a vehicle on the exit ramp at Exit 57 of I-78, stopped at the yield sign waiting to enter Lehigh Street in Allentown, Pa.

8. Suddenly and without warning, Katherine Leiby, who was operating a vehicle on the ramp behind Manzueta, crashed her vehicle into the rear of Manzueta's vehicle.

9. As a result of the crash, Plaintiff Manzueta suffered serious personal injuries.

10. At all relevant time, Leiby was an employee of Defendant Penrac, LLC, d//b/a Enterprise Rent-a-Car and was in the course and scope of her employment at the time of the crash. Defendant Penrac is liable for the actions and inactions of Leiby.

11. Leiby was negligent in causing the crash in that she:

  a) failed to stop her vehicle before crashing into Plaintiff's vehicle;

  b) failed to keep a proper lookout;

  c) rear-ended Plaintiff's vehicle;

  d) was traveling too fast for conditions; and.

  e) was traveling too closely.

12. As a factual cause of the crash, Plaintiff suffered physical injuries some of which may be permanent. Jazmin continues to suffer from injuries following the 2/23/2024 motor vehicle accident including left axillary neuropathy, left carpal tunnel syndrome, cervical facet syndrome, disc protrusion at C5-6 with posttraumatic headaches, post-concussive syndrome and posttraumatic encephalopathy, a left orbital fracture with visual disturbance or, in the alternative,

caused an existing left orbital fracture to become symptomatic, loss of function, pain, suffering, mental anguish, aggravation, inconvenience, humiliation, embarrassment, and loss of life's pleasures. Plaintiff's injuries shall continue into the future.

13.. As a factual cause of the crash, Plaintiff has been and may continue in the future to be unable to attend to her usual daily activities, duties, avocations and responsibilities all to her great loss and detriment, financial and otherwise.

14. As a further result of the crash, Plaintiff has in the past and may continue to incur expense for medical treatment.

15. Also as a result of the crash, Plaintiff has sustained a loss of wages and a loss of earning capacity.

16. At all relevant times, Plaintiff Kenny Castro was the husband of the Jazmin Manzueta and has suffered a loss of his wife's society, services and consortium as a result of the injuries sustained in the crash.

WHEREFORE, Plaintiffs Jazmin Manzueta and Kenny Castro demand judgment against Defendant Penrac LLC d/b/a Enterprise Rent-a-Car in an amount in excess of $150,000, together with interest, costs and delay damages as the law may allow.

By: *Neil E. Durkin*
Neil E. Durkin, Esquire
601 Longwood Avenue
Cherry Hill, NJ 08002
(856) 330-6284
Attorney for Plaintiff

Dated: 12/18/25